United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

AML GROUP LIMITED,

No. C 13-1716 MMC

12

            Plaintiff,

13

     v.

**ORDER REFERRING TO MAGISTRATE
JUDGE JOINT REQUEST FOR
DISCOVERY CONFERENCE**

14

MCCRANE, INC., et al.,

15

            Defendants.

16

_____/

17

        Pursuant to Civil Local Rule 72-1, the parties' Joint Request for Discovery

18

Conference, filed October 17, 2013, and all further discovery matters, are hereby

19

REFERRED to a Magistrate Judge to be heard and considered at the convenience of the

20

assigned Magistrate Judge's calendar.

21

        The parties will be advised of the date, time and place of the next appearance, if

22

any, by notice from the assigned Magistrate Judge's chambers.

23

        **IT IS SO ORDERED**.

24
25

Dated:  October 18, 2013

_____
MAXINE M. CHESNEY
United States District Judge

26
27
28