**United States Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   AML GROUP LIMITED,                       No. C-13-1716 MMC

11              Plaintiff,                     **ORDER RE: STIPULATION TO MODIFY**
                                               **PRETRIAL DEADLINES; ADVANCING**
12        v.                                   **STATUS CONFERENCE TO JANUARY**
                                               **24, 2014**
13   MCCRANE, INC., et al.,

14              Defendants.
     _____/

15

16        Before the Court is the parties' "Stipulation and [Proposed] Order Modifying Pretrial

17   Deadlines," filed January 8, 2014, by which the parties seek to extend the deadline to

18   complete private mediation, all discovery deadlines, and the deadline to file dispositive

19   motions.

20        As proposed, the parties' schedule is not practicable, because the dispositive

21   motions would be heard June 6, 2014, a date after the June 3, 2014 deadline for the

22   parties to file motions in limine and other pretrial filings in preparation for the June 17, 2014

23   Pretrial Conference.

24        Accordingly, for purposes of addressing the trial schedule and any other relevant

25   matters, the status conference is hereby ADVANCED to January 24, 2014, at 10:30 a.m.  A

26   Joint Status Conference Statement shall be filed no later than January 17, 2014.

27        **IT IS SO ORDERED.**

28   Dated:  January 15, 2014
                                               MAXINE M. CHESNEY
                                               United States District Judge