1  John S. Rossiter, Jr., State Bar No. 151113
   JRossiter@perkinscoie.com
2  Joshua A. Reiten, State Bar No. 238985
   JReiten@perkinscoie.com
3  Allison N. Zamani, State Bar No. 275136
   AZamani@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
6  Facsimile:  415.344.7050

7  Attorneys for Plaintiff/Cross-Defendant
   AML GROUP LIMITED
8
   Lewis R. Warren, State Bar No. 115411
9  lwarren@abbeylaw.com
   Michael R. Wanser, State Bar No. 283822
10 mwanser@abbeylaw.com
   ABBEY, WEITZENBERG, WARREN & EMERY PC
11 100 Stony Point Road, Suite 200
   Santa Rosa, CA  95401
12 Telephone: 707.542.5050
   Facsimile: 707.542.2589
13
   Attorneys for Defendants MCCRANE, INC. dba HARBINGER
14 and DAVID PATRICK MCCRANE, and Cross-Complainant
   MCCRANE, INC. dba HARBINGER
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AML GROUP LIMITED, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCCRANE, INC. D/B/A HARBINGER, a California corporation; DAVID PATRICK MCCRANE, an individual; DOES 3-50, individuals,<br><br>Defendants. | Case No. CV 13-1716 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES; AND NOTICE OF WITHDRAWAL OF MOTION** |
| AND CROSS ACTION. | |

AML Group Limited ("AML"), McCrane, Inc. d/b/a Harbinger ("Harbinger") and David P. McCrane (collectively with Harbinger, "McCrane"), by and through their counsel of record, hereby stipulate as follows:

1. On January 27, 2014, the Court entered an Amended Pretrial Order, which set various case management deadlines, including expert discovery cutoff dates of April 4, 2014 for the designation of experts, April 18 for rebuttal experts, and May 9, 2014 for the close of expert discovery.

2. On March 26, 2014, the parties convened before the Hon. Rebecca Westerfield (Ret.) of JAMS to mediate this dispute. With Judge Westerfield's assistance, the parties diligently engaged in more than a full day of settlement discussions. Although the parties were not able to resolve the matter in that session, Judge Westerfield opined that the parties had made substantial progress toward a negotiated resolution and that continued, unimpeded settlement discussions would be productive and should remain the parties' top priority. The parties and Judge Westerfield agreed that a brief extension on the fast-approaching expert cutoff deadlines would help to facilitate a resolution by allowing the parties to focus on their ongoing negotiations without the distraction and expense of potentially unnecessary litigation. The parties thus filed two stipulated requests for extension of discovery cutoff deadlines, which this Court granted on March 28, 2014 [Dkt. Nos. 44-45] and April 21, 2014 [Dkt. No. 47], respectively.

3. Since that time, the parties have continued to engage in fruitful settlement negotiations, which have been somewhat complicated by significant time zone differences and counsel for McCrane's involvement in a two-week jury trial in late April.

4. In light of the parties' ongoing settlement discussions, the parties hereby stipulate to, and respectfully request the following relief:

   a. The deadline for initial expert witness disclosures, currently May 2, 2014, shall be extended to May 16, 2014;

   b. The deadline for rebuttal expert disclosures, currently May 16, 2014, shall be extended to May 30, 2014;

STIPULATION AND ORDER EXTENDING DEADLINES
Case No. CV 13-1716 MMC

      c.    The expert discovery cutoff, currently May 23, 2014, shall be extended to June 20, 2014;

      d.    McCrane shall withdraw its Motion for an Order Extending Expert Disclosure [Dkt. No. 48] as moot;

5.    Except as expressly stated herein, all provisions of the Amended Pretrial Order shall remain the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 9, 2014                    Respectfully,

**PERKINS COIE LLP**

By: /s/ *Joshua A. Reiten*
       JOSHUA A. REITEN

Attorneys for Plaintiff/Cross-Defendant
AML GROUP LIMITED

DATED: May 9, 2014                    **ABBEY, WEITZENBERG,
WARREN & EMERY P.C.**

By: /s/ *Lewis R. Warren*
       LEWIS R. WARREN

Attorneys for Defendants/Cross-Complainant
McCRANE, INC. d/b/a HARBINGER and
DAVID PATRICK McCRANE

///
///
///
///

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 12, 2014

                                      HON. MAXINE M. CHESNEY
                                      UNITED STATES DISTRICT JUDGE

- 3 -