**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AML GROUP LIMITED,<br><br>　　　　Plaintiff,<br>　v.<br>MCCRANE, INC., et al.,<br>　　　　Defendants.<br>_____<br>MCCRANE, INC,<br>　　　　Cross-Complainant<br>　v.<br>AML GROUP LIMITED,<br>　　　　Cross-Defendant.<br>_____/ | No. C-13-1716 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION FOR SANCTIONS; DIRECTIONS TO COUNTERCLAIMANT** |

　　　　Before the Court are two motions, filed May 23, 2014, by plaintiff/counterclaim-defendant AML Group Limited ("AML"): (1) Motion for Partial Summary Judgment; and (2) Motion for Sanctions Under Fed. R. Civ. P. 11. Defendant/counterclaimant McCrane Inc., Inc. dba Harbinger ("Harbinger") has filed opposition to each motion, to which AML has replied. The matters came on regularly for hearing on June 27, 2014. Joshua A. Reiten of Perkins Coie LLP appeared on behalf of AML. Lewis R. Warren of Abbey, Weitzenberg, Warren & Emery, P.C. appeared on behalf of Harbinger.

　　　　Having read and considered the papers filed in support of and in opposition to the

motions, and having considered the arguments made at the hearing, the Court, for the reasons stated at the hearing, hereby DENIES the motions.

Further, for the reasons stated at the hearing, Harbinger is hereby DIRECTED to produce for deposition, at AML's earliest convenience, the witness or witnesses whom Harbinger intends to offer at trial to lay the foundation for the documents previously produced that pertain to the claimed shipping charges (see Wanser Decl. Ex. 1) and to the sales data on which Harbinger's expert witness William Essig relied, as identified in his report and/or at his deposition.

**IT IS SO ORDERED.**

Dated:  June 27, 2014

MAXINE M. CHESNEY
United States District Judge

2