IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AML GROUP LIMITED,<br><br>　　　　Plaintiff,<br>　v.<br>MCCRANE, INC., et al.,<br>　　　　Defendants.<br>_____<br>MCCRANE, INC,<br>　　　　Cross-Complainant<br>　v.<br>AML GROUP LIMITED,<br>　　　　Cross-Defendant. / | No. C-13-1716 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE BENCH TRIAL AND PRE-TRIAL CONFERENCE DATES; VACATING HEARING; SETTING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES** |

　　　　Before the Court is plaintiff's "Motion to Continue Bench Trial and Pre-Trial Conference Dates," filed July 28, 2014. Defendants have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, VACATES the hearing scheduled for August 12, 2014, and rules as follows.

　　　　Without finding such circumstances are attributable to any act or omission on the part of either party, the Court finds good cause exists for a continuance of the trial for a

1 limited period of time, in light of the pending investigation as to the quality of the subject
2 gloves and the pending depositions of foundational witnesses as to the facts on which
3 defendants' damages expert relied.

4     Accordingly, the motion is hereby GRANTED, and the August 12, 2014, pretrial
5 conference and August 25, 2014, trial dates are hereby VACATED.  The parties are hereby
6 DIRECTED to appear on August 29, 2014, at 10:30 a.m. for a case management
7 conference, at which time the Court will reset the pretrial conference and trial dates.  To
8 assist the Court in that regard, the parties shall file, no later than August 22, 2014, a Joint
9 Case Management Statement informing the Court as to the status of the case and
10 providing suggested new dates for the trial.

11     **IT IS SO ORDERED.**

13 Dated: August 8, 2014      _____
    MAXINE M. CHESNEY
14     United States District Judge