IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AML GROUP LIMITED,<br><br>    Plaintiff,<br>  v.<br><br>MCCRANE, INC., et al.,<br><br>    Defendants. | No. C-13-1716 MMC<br><br>**ORDER DISMISSING ACTION; RETAINING JURISDICTION OVER SETTLEMENT** |
| MCCRANE, INC,<br><br>    Cross-Complainant<br>  v.<br><br>AML GROUP LIMITED,<br><br>    Cross-Defendant. | |

The parties having advised the Court that they have agreed to a settlement of this cause, and the settlement having been placed on the record,

IT IS HEREBY ORDERED that the parties' respective claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

Pursuant to the agreement of the parties, Magistrate Judge Joseph C. Spero shall

retain jurisdiction to resolve all disputes arising out of the settlement and to enforce the settlement.

**IT IS SO ORDERED.**

Dated:  October 29, 2014

_____
MAXINE M. CHESNEY
United States District Judge